[No. 17934-9-I. Division One. May 23, 1988.]

THE STATE OF WASHINGTON, *Appellant*, v. EDWARD L. HEAVIN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-00174-1, Stephen M. Reilly, J., entered February 3, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Coleman, J.

[No. 19524-7-I. Division One. May 23, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY LEE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-1-02258-5, George T. Mattson, J., entered November 4, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Pekelis, JJ.

[No. 20088-7-I. Division One. May 23, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD LOUIE MARTINEAU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-8-04787-7, Stephen M. Gaddis, J. Pro Tem., entered February 17, 1987. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Pekelis and Winsor, JJ.